IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Sigmund Charles Kohnen - #061759

                                          /

No. C 13-80240 WHA

**ORDER OF SUSPENSION**

      Because Sigmund Charles Kohnen has failed to respond to the order to show cause, Mr. Kohnen's membership in the bar of this Court is hereby **SUSPENDED**.

      **IT IS SO ORDERED.**

Dated:   January 14, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE